

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Perkins & Will-Cra LLC, * From the 142nd District Court
of Midland County,
Trial Court No. CV59430.

Vs. No. 11-24-00208-CV * November 21, 2024

Midland County Hospital District, * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. We also withdraw our order dated August 6, 2024, staying the proceedings in the trial court. The costs incurred by reason of this appeal are taxed against Perkins & Will-Cra LLC.